IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARK SMITHWICK and
BONNIE J. SMITHWICK,

    Plaintiffs,

vs.                              CASE NO. 4:06cv556-SPM/WCS

YANCE STANALAND a/k/a
JENS STANALAND,

    Defendant.
_____/

## ORDER OF DISMISSAL

Upon notification from counsel for Defendant that this case has settled, pursuant to Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 27th day of July, 2007.

                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          United States District Judge